```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                           CRIMINAL ACTION NO. 2:02-00071

**WILLIAM MORRIS**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER

### MEMORANDUM OPINION AND ORDER

On April 11, 2005, the United States of America appeared by Samuel D. Marsh, Assistant United States Attorney, and the defendant, William Morris, appeared in person and by his counsel, Edward H. Weis, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by Senior United States Probation Officer Keith E. Zutaut, the defendant having commenced a three-year term of supervised release in this action on three, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on August 6, 2002.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court

found that the defendant has violated the conditions of supervised release in the following respect:  the defendant failed to spend six months in a community correction center located in Lebanon, Virginia, inasmuch as he was terminated from the program because he failed to abide by the rules and regulations of the facility, as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense and the intervening conduct of the defendant, that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE (12) MONTHS to be followed by a term of TWENTY-FOUR (24)

MONTHS supervised release, upon the sixteen standard conditions of supervised release in effect in this district and the further condition that the defendant not commit another federal, state or local crime.  It is further ORDERED that, with respect to defendant's twelve-month term of imprisonment, he shall receive credit for time served while in custody awaiting placement in a community confinement center from December 14, 2004, until February 11, 2005, and while awaiting hearing and sentencing on the instant petition from March 8, 2005, until April 11, 2005.

The defendant was remanded to the custody of the United States Marshal.

<u>Recommendation</u>:  The court recommends that the defendant be designated to the Federal Prison Camp in Beckley, West Virginia.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  April 25, 2005

_____
John T. Copenhaver, Jr.
United States District Judge

3